**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-7822**

———————

DWIGHT WILLIAMS,

Plaintiff - Appellant,

versus

VICTOR ABERNATHY,

Defendant - Appellee,

and

GARY DIXON; JAMES B. HUNT,

Defendants.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-94-458)

———————

Submitted: January 11, 1996      Decided: January 25, 1996

———————

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Dwight Williams, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Williams v. Abernathy, No. CA-94-458 (E.D.N.C. Jan. 20 and Oct. 12, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2